**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **PELAGIC ENERGY** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO 1:17-CV-00137-BL** |
| | § | |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | |
| *Defendant* | § | |
| | § | |

**PLAINTIFF PELAGIC ENERGY'S**
**NOTICE OF SERVING RULE 26 DISCLOSURES TO DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Pelagic Energy, Plaintiff in the above enumerated and entitled civil action and files this Notice to the Court, as required by Federal Rule of Civil Procedure 26(a)(1). In support thereof, Plaintiff would like to respectfully show unto this Honorable Court that they have served their Rule 26 Initial Disclosures to Defendant Liberty Mutual Insurance pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Chidi Oha*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Chidi Oha
State Bar No. 24094877
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Chidi@mma-pllc.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2017 a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

Tillman Batchelor LLP
Mark D. Tillman
Texas Bar No. 00794742
1320 Greenway Drive, Suite 830
Irving, TX 75038
Tel: 214/492-5720
Fax: 214/492-5721
mark.tillman@tb-llp.com

                                              */s/ Chidi Oha*
                                              Chidi Oha