IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 1:17-cv-00137
2. Style of case: *Pelagic Energy v. Liberty Mutual Insurance*
3. Nature of suit: Insurance claim
4. Method of ADR used:  *Mediation   __ Mini-Trial   __ Summary Jury Trial
5. Date ADR session was held: October 19, 2017
6. Outcome of ADR (*Select one*):

   __ Parties did not use my services.   __ Settled, in part, as a result of ADR.

   * Settled as a result of ADR.   __ Parties were unable to reach settlement.

   __ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $1500.00
8. Duration of ADR: Half Day
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Will Pryor, Mediator                    Colin Batchelor, Defendant Counsel
   James McClenny, Plaintiff Counsel       Rick Price, Defendant representative

10. Provider information:

    _____
    Signature

    Will Pryor
    5420 LBJ Freeway, Suite 626
    Dallas, TX  75240

    October 24, 2017
    Date

    469 374 0222
    Telephone

Please provide the names, addresses, and telephone numbers of counsel:

James McClenny
McClenny Moseley & Associates
411 N. Sam Houston Parkway, Suite 200
Houston, TX  7706
844 662 7552

Colin Batchelor
Tillman Batchelor
1320 Greenway Drive, Suite 830
Irving, TX  75038
214 492 5720