IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| PELAGIC ENERGY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-CV-0137-BL |
| | § | |
| LIBERTY MUTUAL INSURANCE, | § | |
| | § | |
| Defendant. | § | |

## ORDER REASSIGNING CASE

This case has been reassigned to the undersigned for all further proceedings subject to the consent of the parties in accordance with Second Amended Special Order No. 3-301. *See* Order (doc. 3). No party has consented and a mediator has now filed an Alternative Dispute Resolution Summary (doc. 9), in which he states that this case has settled. Because the District Judge may want to administratively close this action as the parties prepare a case-closing filing, it is **ORDERED** that this case is re-assigned to the docket of Senior United States District Judge Sam R. Cummings.

**IT IS SO ORDERED this 25th day of October, 2017.**

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE