**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **PELAGIC ENERGY,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LIBERTY MUTUAL INSURANCE,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 1:17-cv-00137** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Pelagic Energy and Defendant Ohio Security Insurance Company, incorrectly served and sued as "Liberty Mutual Insurance," file this Joint Motion to Dismiss with prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the parties have been fully settled. Accordingly, the parties now request that this matter, including all claims that have been and/or could have been asserted in this matter against Defendant Ohio Security Insurance Company, be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

JAMES M. MCCLENNY
Texas Bar No. 24091857
J. ZACH MOSELEY
Texas Bar No. 24092863
CHIDI OHA
Texas Bar No. 24094877
**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Ste. 200
Houston, Texas 77060
Office: (844) 662-7552
Fax: (713) 322-5953
Dallas Office: 817.231.0034
james@mma-pllc.com
zach@mma-pllc.com
chidi@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF PELAGIC ENERGY**

*/s/ Colin R. Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN R. BATCHELOR
State Bar No. 24043545
JACKSON P. MABRY
State Bar No. 24078894

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@tb-llp.com
E-mail: colin.batchelor@tb-llp.com
E-mail: jackson.mabry@tb-llp.com

**ATTORNEYS FOR DEFENDANT OHIO SECURITY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

In accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on November 30, 2017, a true and correct copy of the above and foregoing instrument was served ***via facsimile or electronic service*** upon:

**ATTORNEYS FOR PLAINTIFF**

James M. McClenny
J. Zach Moseley
Chidi Oha
**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Ste. 200
Houston, Texas 77060
Office: (844) 662-7552
Fax: (713) 322-5953
Dallas Office: 817.231.0034
james@mma-pllc.com
zach@mma-pllc.com
chidi@mma-pllc.com

*/s/ Colin Batchelor*
COLIN BATCHELOR