IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PELAGIC ENERGY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LIBERTY MUTUAL INSURANCE, ) | |
| ) | |
| Defendant. ) | Civil Action No. 1:17-CV-137-C |

**AGREED ORDER OF DISMISSAL**

The Court having considered the parties' Joint Motion to Dismiss With Prejudice, filed November 30, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring same.

SO ORDERED this 5th day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE